Submitted on petition for review filed June 18, 1991,* petition for review allowed; decision of Court of Appeals vacated; case remanded to Court of Appeals for further consideration February 25, 1993

## STATE OF OREGON,
*Petitioner on Review,*

*v.*

## CRAIG EUGENE SWEET,
*Respondent on Review.*

### (CC 89-3829-C-3; CA A64525; SC S38219)

845 P2d 1294

Ann Kelley, Assistant Attorney General, Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem, filed the petition and brief for petitioner on review.

No appearance *contra.*

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further consideration in light of *State v. Rhodes*, 315 Or 191, 843 P2d 927 (1992).

---

* Appeal from Jackson County Circuit Court, Mitchell Karaman, Judge. 107 Or App 383, 811 P2d 150 (1992).